**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**MEMORANDUM ORDER**

Appellate case name:      Mark Anthony Tillman v. The State of Texas

Appellate case number:   01-13-00398-CR

Trial court case number:  1285679

Trial court:            338th District Court of Harris County

      State's Exhibit 38, an audio recording published to the jury at trial, was admitted into evidence at trial in the above case. This Court, acting sua sponte, orders the Harris County District Clerk to send the original of State's Exhibit 38, an audio recording published to the jury at trial, to this Court. The Clerk of this Court is directed to cooperate with the district clerk to provide for the safekeeping, transportation, and return of such exhibit. *See* TEX. R. APP. P. 34.6(g)(2).

      The exhibit is due in this Court no later than 5:00 p.m., February 11, 2014.

      It is so ORDERED.

Judge's signature: /s/ Laura C. Higley
                Acting individually

Date: February 6, 2014